# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160159

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                            SC:  160159
                                                             COA:  337756
                                                             Wayne CC:  16-008122-FC
WILLIE JASON GREEN,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the July 16, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

s1216